# Attachment B



**U. S. Department of Justice**

*United States Attorney*
*Eastern District of Washington*
*Suite 340 Thomas S. Foley U. S. Courthouse*
*P. O. Box 1494*
*Spokane, Washington 99210-1494*
*Main (509) 353-2767 | Fax (509) 353-2766*

February 8, 2022

| | |
|---|---|
| Craig Webster;<br>Counsel for Ali Abed Yaser (#1);<br>Craig_Webster@fd.org | Ricardo Hernandez;<br>Counsel for Ameer R. Mohammed (#13);<br>rick@rickhernandez.lawyer |
| Adam R. Pechtel;<br>Counsel for Hussein A. Yasir (#2);<br>adam@pechtellaw.com | Deric Orr;<br>Counsel for Mohammed F. Al-Himrani (#14);<br>dericorr@johnsonorr.com |
| Nicholas W. Marchi;<br>Counsel for Insaf A. Karawi (#3);<br>nmarchi@carmarlaw.com | Tim Nguyen;<br>Counsel for Maria Elena Sanchez (#15);<br>timnguyen@troyleelaw.net |
| Richard A. Smith;<br>Counsel for Hasanein A. Yaser (#4);<br>rasmith@house314.com | Gregory L. Scott;<br>Counsel for Seifeddine A. Al-Kinani (#16);<br>gregory@scottlaw.net, |
| Sandy Baggett;<br>Counsel for Mohammad Bajay (#7);<br>sdbaggett@hotmail.com | Gary Metro;<br>Counsel for Firas S. Hadi (#18);<br>garymetro@outlook.com,<br>garymetrolawfirm@gmail.com |
| John G. Lockwood;<br>Counsel for Noor Tahseen Al-Maarej (#9);<br>jgregorylockwood@hotmail.com, | Zachary L. Ayers;<br>Counsel for Khalil Abdul-Razaq (#20);<br>zach@ayerslawfirm.net |
| Scott Johnson;<br>Counsel for Ali F. Al-Himrani (#10);<br>scott@johnsonorr.com, | Douglas E. McKinley Jr.;<br>Counsel for Jesus George Sanchez (#21);<br>doug@mckinleylaw.com |
| Kent N. Doll;<br>Counsel for Rana J. Kaabawi (#11); kdoll@ks-lawyers.com, | Roger Peven;<br>Counsel for Sinan Akrawi (#22);<br>rjpeven@gmail.com |
| Robert M. Seines;<br>Counsel for Amar F. Abdul-Salam (#12);<br>rseines@msn.com, rseines@comcast.net | Bryan P. Whitaker;<br>Counsel for Mohammed Naji Al-Jibory (#23);<br>Whitakerbal@gmail.com |

Re:    United States v. Yaser et al
       Court No. 21-CR-06042-SMJ
       **Discovery Disclosure #3**

Dear Counsel:

The following table details **in bold** what is being disclosed as part of this third discovery disclosure. This disclosure is being provided to you through USAfx and should be downloaded at your earliest convenience. This third discovery disclosure includes discovery produced as part of the "rolling basis" discovery production and consists of *Additional FBI Reports and Investigative Materials, Additional Criminal Histories, Grand Jury Transcripts of testimony from Agent Matt McKay and Sinue Guzman, and Jail calls from Ali Abid Yaser, Ameer Mohamad, Hussayn Yasir Khalil Abdul-Razzak and Mohammed Al-Jibori*.  The disclosures are detailed as follows:

February 8, 2022
Page 2

| Disclosure | Description | Date of Production |
|---|---|---|
| 1 | 10000001 – 10002606: FBI Reports & Investigative Materials<br>20000001 – 20000354: CHS Audio Files<br>30000030-30000077, 30000112-30000114, 30000117-30000129, 30000136-30000137: Search Warrants[1]<br>40000001 – 40000018: Additional Reports<br>50000001 – 50000015: Recorded Interviews<br>60000001 – 60006522: Claim Files<br>70000001 – 70000544: Bank Records<br>80000001 – 80000689: Other Disclosures<br>   Total GB: 106 | January 20, 2022<br>Via<br>USAfx |
| 2 | 30000000- 30000029, 30000078- 30000111, 30000114-30000116, 30000130- 30000135: SD CA Search Warrants<br>90000001- 90000004: Grand Jury Transcripts | January 28, 2022<br>Via<br>USAfx |
| **3** | **10002607-10003081: FBI Reports & Investigative Materials**<br>**80000690-80000696: Additional Criminal Histories**<br>**90000005-90000006: Grand Jury Transcripts**<br>**11000001-11000021: Jail Calls** | **February 8, 2022**<br>**Via**<br>**USAfx** |

Please be advised that all materials disclosed to you in this cause are subject to all terms and conditions of the Protective Order (ECF Nos. 176 and 252). You hereby affirm that **no copies shall be disseminated** to any person without the expressed written approval of the United States Attorney's Office and/or Court order. This agreement is not intended to prevent you from discussing the discovery materials with your client or providing materials to your client, but it is incumbent on you and your client to ensure that any discovery materials are used solely for the purpose of your client's defense and that sensitive information or other materials are not left in your client's possession or are redacted as necessary.

At this time, the United States anticipates additional discovery materials will be provided as they are received and processed by the U.S. Attorney's Office. Additional discovery material is likely to include, but may not be limited to, grand jury transcripts, electronically stored information (ESI) (e.g., digital forensic copies of electronic devices), video surveillance (i.e., pole cam footage), law enforcement reports, and other documents (including but not necessarily limited to any Giglio / Henthorn material) that may be relevant to this matter.

Numerous electronic devices were seized by the FBI pursuant to the search warrants executed during the investigation. Each device seized is identified in the search warrant returns. The FBI imaged most, but not all of the devices. If you would like copies of all electronic devices that the FBI seized and was able to image, please send an external hard drive containing at least 14 TBs of storage capacity directly to FBI Special Agent Matthew McKay, at the FBI Office, Suite 199, 825 Jadwin Avenue, Richland, Washington, 99352. Special Agent McKay will then send your external hard drive to the FBI CART Unit in Seattle, Washington, to process the seized and imaged ESI on to your hard drive. If you do not want all the ESI but only a copy of the ESI that may have been seized from your client (Note: ESI was not seized from every named defendant) or a particular co-defendant(s), please let us know. As a further note, ESI the FBI seized from

February 8, 2022
Page 3

defendant Maria Elena Sanchez is still undergoing a filter review for potential attorney-client privilege information and has not been made available to the prosecution team. If you have any questions about this particular ESI, please contact Assistant United States Attorneys George J. C. Jacobs, III or Dominique Juliet Park.

　　　　Physical evidence is available for your inspection by contacting Assistant United States Attorneys George J.C. Jacobs, III or Dominique Juliet Park to arrange a mutually convenient date and time.

Very truly yours,

Vanessa R. Waldref
United States Attorney

*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
Dominique Juliet Park
Assistant United States Attorneys